UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| SPENCER NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  1:23-CV-00215-GSL-SLC |
| | ) | |
| BHAGYALAXMI HOSPITALITY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO ADMINISTRATIVELY CLOSE CASE**

The parties, by counsel, respectfully move the Court to administratively close this case.  The parties reached agreement on the terms of a settlement of this action.  The agreement includes provisions for remedial modifications to the Defendant's property over the course of the next four years beginning on March 24, 2024.  At this time, the parties seek to administratively close this action and upon completion of all remediation pursuant to the terms of the agreement, either party (or both, jointly) will move to dismiss with prejudice.

WHEREFORE, the parties respectfully request that the Court administratively close the case.

Date:  April 12, 2024.

THE MEEKER GROUP, LLC

*/s/ Colin G. Meeker*
Colin G. Meeker  (Ohio Bar # 0092980)
2991 Millboro Road, Suite 101
Silver Lake, OH 44224
Phone:  (330) 603-7173
Email:  TheMeekerGroup@outlook.com
*Attorney for Plaintiff, Spencer Neal*

BURT, BLEE, DIXON, SUTTON &
BLOOM, LLP

*/s/ Martha M. Lemert*
Martha M. Lemert  (#20961-02)
200 East Main Street, Suite 1000
Fort Wayne, IN 46802
Phone:  (260) 426-1300
Email:  mlemert@burtblee.com
*Attorney for Defendant, Bhagyalaxmi Hospitality, Inc.*