UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

SPENCER NEAL,

    Plaintiff,

    v.                                                                Case No. 1:23-CV-215-GSL-SLC

BHAGYALAXMI HOSPITALITY, INC.,

    Defendant.

## ORDER

This matter is before the Court on the parties' Joint Motion to Administratively Close Case [DE 35], filed on April 12, 2024. The parties have settled, and they wish to administratively close the case until the Defendant completes the remedial modifications to its property pursuant to the settlement agreement. Per the Motion, the Defendant has four years, starting March 24, 2024, to implement these modifications.

Finding the motion well taken, the Court hereby **GRANTS** the Joint Motion to Administratively Close Case [DE 35]. The Court **ORDERS** the parties to file a joint status report every 180-days. The first report is due September 20, 2024.

SO ORDERED.

ENTERED: April 17, 2024.

/s/ GRETCHEN S. LUND
Judge
United States District Court